IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES WILKS, CRYSTIL HOLLIS,**
**KENNETH HOLLIS, and JOE TILLMAN**                                              **PLAINTIFFS**

v.                           Case No. 4:21-cv-00163 KGB

**FAULKNER COUNTY, ARKANSAS**                                                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 28). Previously, the Court granted in part and denied in part a motion for conditional certification in this suit brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201 *et seq*. (Dkt. No. 14). In their joint stipulation of dismissal, the parties identify plaintiffs as Charles Wilks, Crystil Hollis, Kenneth Hollis, and Joe Tillman (Dkt. No. 28, at 1). Further, the parties represent that, although this Court certified a collective action, the parties negotiated and entered into a settlement agreement that does not purport to resolve any claims on behalf of any class and that all plaintiffs have signed the agreement (*Id.*, at 2). For these reasons, the Court decertifies the conditional class and permits this case to proceed through individual plaintiffs Charles Wilks, Crystil Hollis, Kenneth Hollis, and Joe Tillman. The Court directs the Clerk to update the docket sheet to reflect this change.

For each of these named plaintiffs, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice (Dkt. No. 28). The action is dismissed with prejudice, with each side to bear its own fees and costs.

It is so ordered this 4th day of January, 2023.

                                                                                              _____
                                                                                              Kristine G. Baker
                                                                                              United States District Judge